HON. JAMAL N. WHITEHEAD

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARTHA BANUELOS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE & CASUALTY COMPANY, a foreign corporation<br><br>Defendant. | No. 2:24-cv-1432<br><br>**ORDER OF DISMSISAL WITH PREJUDICE**<br><br>**(Clerk's Action Required)** |

Pursuant to the Stipulation of the Parties, all of Plaintiff's claims against Defendant State Farm Fire and Casualty Company, this action shall be dismissed WITH PREJUDICE and without costs to any party.

**It is so Ordered.** The Clerk is instructed to close this case.

DONE IN OPEN COURT on this 2nd day of January, 2025.

*[signature]*

Jamal N. Whitehead
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE – 1
Case No. 2:24-cv-1432

Mix Sanders Thompson, PLLC
1601 Fifth Ave, Suite 1800
Seattle, WA 98101
Tel: 206-678-1000
Fax: 888-521-5980

1  Presented by:

2  MIX SANDERS THOMPSON, PLLC

3

4  *s/Michael K. Rhodes*
   Michael K. Rhodes, WSBA No. 41911
5  Mix Sanders Thompson
   1601 Fifth Avenue, Suite 1800
6  Seattle, WA 98101
   Telephone: 206-678-1000
7  Email: mrhodes@mixsanders.com
   Attorney for Defendant State Farm

ORDER OF DISMISSAL WITH PREJUDICE – 2
Case No. 2:24-cv-1432

Mix Sanders Thompson, PLLC
1601 Fifth Ave, Suite 1800
Seattle, WA 98101
Tel: 206-678-1000
Fax: 888-521-5980